IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEVON A. EVERETT, | ) |
|         Petitioner, | ) Civil Action No. 15-1639 |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| SUPERINTENDENT, SCI FAYETTE, *et al.*, | ) |
|         Respondents. | ) |

**<u>MEMORANDUM ORDER</u>**

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On February 18, 2022, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 39) recommending that Petitioner's Motion, entitled "Notice of Appeal," (Doc. 38), insofar as it is construed as a Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b), be denied. Service of the R&R was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that Petitioner's Motion (Doc. 38) is denied, and the Magistrate Judge's R&R (Doc. 39) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

March 14, 2022                                                 s\Cathy Bissoon
                                                               Cathy Bissoon
                                                               United States District Judge



cc (via First-Class U.S. Mail):

Jevon A. Everett
HW-1387
SCI Greene
169 Progress Drive
Waynesburg, PA 15379

cc (via ECF Notice):

Counsel of Record