IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEVON A. EVERETT, | ) |
| Petitioner, | ) Civil Action No. 15-1639 |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| SUPERINTENDENT, SCI FAYETTE, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) |
| Respondents. | ) |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 12, 2023, the Magistrate Judge issued a Report (Doc. 44) recommending that Jevon A. Everett's Motion for Relief from Judgment (Doc. 43) be denied for lack of subject-matter jurisdiction and that a certificate of appealability be denied. Service of the Report and Recommendation was made, and Petitioner filed Objections on May 2, 2023. *See* Doc. 45.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it hereby is **ORDERED** that Jevon A. Everett's Motion for Relief from Judgment is **DENIED**; a certificate of appealability is **DENIED**; and the Report and Recommendation is **ADOPTED** as the Opinion of the District Court.

2

IT IS SO ORDERED.

August 22, 2023
                    s\Cathy Bissoon
                    Cathy Bissoon
                    United States District Judge

cc (via U.S. First-Class Mail):

Jevon A. Everett
HW-1387
SCI Greene
169 Progress Drive
Waynesburg, PA 15379