**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEVON A. EVERETT, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:15-01639 |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | Magistrate Judge Patricia L. Dodge |
| SUPERINTENDENT, SCI FAYETTE, and | ) | |
| THE ATTORNEY GENERAL OF THE | ) | |
| STATE OF PENNSYLVANIA, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

This case initially was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72. On February 18, 2026, this case was reassigned to Magistrate Judge Patricia L. Dodge.

On August 3, 2026, Judge Dodge issued a Report (Doc. 54) recommending that Jevon A. Everett's Motion for Relief from Judgment Under Rule 60(b) (Doc. 51) be dismissed as an unauthorized second or successive habeas petition and that a certificate of appealability be denied. Service of the Report and Recommendation was made, and Petitioner filed Objections on August 21, 2026. (Doc. 55).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it hereby is **ORDERED** that Jevon A. Everett's Motion for Relief from Judgment is **DENIED**; a certificate of appealability is

**DENIED**; and the Report and Recommendation is **ADOPTED** as the Opinion of the District Court.

IT IS SO ORDERED.

September 11, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via Electronic Filing):

Counsel of Record

(via First Class U.S. Mail):

JEVON A. EVERETT
HW-1387
SCI FOREST
P.O. Box 307
286 Woodland Drive
Marienville, PA 16239